UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARD JOHNSON,

        Plaintiff,

    v.

MICHAEL HUNGCHING TAO, et al.,

        Defendants.

Case No.17-cv-06618-VKD

**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

On November 16, 2017, plaintiff Richard Johnson filed this action against defendant Michael Hungching Tao and "Does 1-10." A few months later, Mr. Johnson voluntarily dismissed Mr. Tao and filed an amended complaint naming Robin (Te) Press in place of Doe defendant number 1. Dkt. No. 14. Mr. Johnson having demonstrated that a number of (unsuccessful) service attempts were made (Dkt. No. 18), the Court subsequently granted his request for an extension of time to serve defendant Press. Dkt. No. 19. Mr. Johnson was given until June 15, 2018 to complete service. If he did not serve the complaint and summons by that date, then Mr. Johnson was ordered to file a status report by June 15, 2018. *Id.*

The docket does not indicate that service has been completed as to any defendant. Instead, in a June 11, 2018 status report, Mr. Johnson says he "recently discovered the identify [sic] of the owner of the subject property and has filed a Doe Amendment substituting the name of defendant Los Altos Office Center Corporation, Inc. as Doe 2," and further states that he "anticipates completing service within 21-30 days." Dkt. No. 23. This report was followed by the filing of a Second Amended Complaint purporting to add Los Altos Office Center Corporation, Inc. as a defendant.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The service deadline will be extended upon a showing of good cause. *Id.*

In the present action, the 90-day deadline for completing service has long since passed, and the extended June 15, 2018 deadline for completing service as to defendant Press has also lapsed. Mr. Johnson's June 11, 2018 status report does not adequately explain or establish good cause for the failure to timely effect service.

Accordingly, Mr. Johnson's attorney, Monica Castillo, is directed to file a written response to this order by **Friday, July 6, 2018** and to appear before this Court on **July 10, 2018, 10:00 a.m.** in Courtroom 2 on the Fifth Floor of the United States District Court, 280 South First Street, San Jose, California and show cause why this action should not be dismissed, without prejudice, for failure to timely complete service of process.

**IT IS SO ORDERED.**

Dated:   June 28, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge