UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>LOS ALTOS OFFICE CENTER CORPORATION,<br><br>    Defendant. | Case No.17-cv-06618-VKD<br><br>**ORDER DISMISSING CASE** |

Having been informed that the parties settled this matter (Dkt. No. 65), the Court issued an Order to Show Cause re Settlement, requiring a dismissal to be filed by April 5, 2019. Dkt. No. 66. If no dismissal was filed by that date, then the parties were directed to file a response to the order to show cause by April 9, 2019 and to appear before the Court on April 16, 2019, 10:00 a.m. and show cause why this matter should not be dismissed. *Id*.

No dismissal has been filed, the parties did not file a response to the Order to Show Cause, and neither side appeared for the April 16 show cause hearing. Dkt. No. 67. Accordingly, the Court dismisses this action without prejudice. The Clerk of the Court shall close this file.

**IT IS SO ORDERED.**

Dated: April 16, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge